IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SUSAN K. VAN METRE, <br><br> Plaintiff, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., <br><br> Defendant. | No. 3:19-cv-00078-JEG-HCA |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of her Dismissal Without Prejudice as to each and every claim asserted against the Defendant in the above entitled cause.

Respectfully submitted,

BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
Attorneys for Plaintiff
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766
Fax: (319) 234-1225
Email: tverhulst@beecherlaw.com;
jtalsma@beecherlaw.com

By: /s/ Thomas C. Verhulst
    Thomas C. Verhulst    AT0008125

/s/ Jordan M. Talsma
Jordan M. Talsma    AT0012799

Copies to:
Gregory M. Lederer
Lederer Weston Craig, PLC
PO Box 1927
Cedar Rapids, IA 52406

Nicholas Centrella Jr., Esq. (pro hac vice)
J. Scott Kramer (pro hac vice)
Duane Morris, LLP
30 S. 17th St.
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Defendant's counsel, by operation of the Court's electronic filing system.

/s/ *Thomas C. Verhulst*
Thomas C. Verhulst    AT0008125
BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
Attorneys for Plaintiff
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA  50704
Phone: (319) 234-1766
Fax: (319) 234-1225
Email: tverhulst@beecherlaw.com